DLM

PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

| | |
|---|---|
| DOCKET NUMBER *(Tran. Court)* | 3:04CR00363 |
| DOCKET NUMBER *(Rec. Court)* | 1:07-CR-40-01ML |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION | |
|---|---|---|---|
| RONALD GERACI<br>166 Gibson Ave.<br>Narragansett, RI 02882 | CONNECTICUT | INSERT OFFICE HERE | |
| | NAME OF SENTENCING JUDGE<br>Honorable Peter C. Dorsey | | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM<br>7/14/06 | TO<br>7/13/09 |

OFFENSE

Filing Materially False Individual and Corporate Income Tax Returns, in violation of 26 U.S.C. § 7206(1)

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

March 2, 2007
*Date*

Peter C. Dorsey
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

3/28/07
Effective Date

Mary M. Lisi
United States District Judge