CLOSED

# U.S. District Court
# United States District Court for the District of Connecticut (New Haven)
# CRIMINAL DOCKET FOR CASE #: 3:04-cr-00363-PCD All Defendants
# Internal Use Only

Case title: USA v. Geraci

Date Filed: 12/17/2004
Date Terminated: 04/14/2005

---

Assigned to: Judge Peter C. Dorsey

**Defendant**

**Ronald Geraci** (1)
*TERMINATED: 04/14/2005*

represented by **James W. Bergenn**
Shipman & Goodwin
-ConstPlza-Htfd
One Constitution Plaza
Hartford, CT 06103-2819
860-251-5639
Fax: 860-251-5219
Email: jbergenn@goodwin.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Lori A. Bloch**
Shipman & Goodwin
-ConstPlza-Htfd
One Constitution Plaza
Hartford, CT 06103-2819
860-251-5837

Fax: 860-251-5219
Email: lbloch@goodwin.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Moira Lynn Buckley**
Shipman & Goodwin
-ConstPlza-Htfd
One Constitution Plaza
Hartford, CT 06103-2819
860-251-5836
Fax: 860-251-5319
Email:
mbuckley@goodwin.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Peter Joseph Murphy**
Shipman & Goodwin
-ConstPlza-Htfd
One Constitution Plaza
Hartford, CT 06103-2819
860-251-5950
Fax: 860-251-5313
Email:
pjmurphy@goodwin.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| **Pending Counts** | **Disposition** |
| --- | --- |
| FRAUD AND FALSE STATEMENTS - Materially False Tax Returns (1-2) | Committed to custody for a term of 12 months and one day for each Count. Sentence shall run concurrent with each other. Voluntarily surrender 9/2/05 |

| | |
|---|---|
| | before noon. Confined to his home until he surrenders to the Bureau of Prisons and shall be credited toward his confinement upon release to halfway house. Shall be on supervised release for a term of 1 year on Count 1, 1 year on Count 2 and 3 years on Count 3. Term of Supervised Release shall run concurrent with each other. Sentenced to community confinement (Halfway House) for a period of 6 months; Fined $25,000.00, without interest and to be paid by 9/2/05. Shall pay a money judgment forfeiture to the U.S in the amount of $150,000.00 which judgment defendant has paid in full prior to his sentencing. Special Assessment of $300.00 for counts 1,2,& 3 due immediately. |
| STRUCTURING TRANSACTIONS TO EVADE REPORTING REQUIREMENTS - Structuring Currency (3) | Committed to custody for a term of 12 months and one day for each Count. Sentence shall run concurrent with each other. Voluntarily surrender 9/2/05 before noon. Confined to his home until he surrenders to the Bureau of Prisons and shall be credited toward his confinement upon release to halfway house. Shall be on supervised release for a term of 1 year on Count 1, 1 year on Count 2 and 3 years on Count 3. Term of Supervised Release shall run concurrent |

with each other. Sentenced to community confinement (Halfway House) for a period of 6 months; Fined $25,000.00, without interest and to be paid by 9/2/05. Shall pay a money judgment forfeiture to the U.S in the amount of $150,000.00 which judgment defendant has paid in full prior to his sentencing. Special Assessment of $300.00 for counts 1,2,& 3 due immediately.

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

**Plaintiff**

**USA** represented by **Henry K. Kopel**
U.S. Attorney's Office
157 Church St., PO Box 1824
23rd Floor
New Haven, CT 06510

203-821-3700
Email: Henry.Kopel@usdoj.gov

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James I. Glasser**
U.S. Attorney's Office-NH
157 Church St., 23rd floor
New Haven, CT 06510
203-821-3700
Fax: 203-773-5378
Email:
James.Glasser3@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin J. O'Connor**
U.S. Attorney's Office-NH
157 Church St., 23rd floor
New Haven, CT 06510
203-821-3726
Fax: 203-773-5376
Email:
kevin.oconnor@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nora R. Dannehy**
U.S. Attorney's Office-HFD
450 Main St. Room 328
Hartford, CT 06103
860-947-1101
Fax: 860-240-3291
Email:
Nora.Dannehy@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ronald Scott Apter**
U.S. Attorney's Office-HFD
450 Main St. Room 328
Hartford, CT 06103
860-947-1101
Fax: 860-240-3291
Email:
Ronald.Apter@thehartford.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/17/2004 | 1 | INFORMATION as to Ronald Geraci (1) count(s) 1-2, 3. (Ruocco, M.) (Entered: 12/23/2004) |
| 12/17/2004 | 2 | WAIVER OF INDICTMENT by Ronald Geraci (Ruocco, M.) (Entered: 12/23/2004) |
| 12/17/2004 | 3 | PLEA AGREEMENT as to Ronald Geraci (Ruocco, M.) (Entered: 12/23/2004) |
| 12/17/2004 | 4 | Minute Entry for proceedings held before Judge Ellen Bree Burns :Initial Appearance as to Ronald Geraci held on 12/17/2004, Plea entered by Ronald Geraci (1) Count 1-2,3 Ronald Geraci (1) Guilty Count 1-2,3. Sentencing set for 3/7/2005 09:00 AM in Courtroom Three - New Haven before Judge Ellen Bree Burns. (Court Reporter C. Thompson.) (Ruocco, M.) (Entered: 12/23/2004) |
| 12/17/2004 | 5 | Personal Recognizance Bond Entered as to Ronald Geraci (Ruocco, M.) (Entered: 12/23/2004) |
| 01/04/2005 | 6 | NOTICE OF E-FILED CALENDAR as to Ronald Geraci : THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. Sentencing |

| | | |
|---|---|---|
| | | set for 3/7/2005 09:00 AM in Courtroom Three - New Haven before Judge Ellen Bree Burns. REMEMBER A SPECIAL ASSESSMENT ON EACH COUNT OF CONVICTION MUST BE PAID AT THE TIME OF SENTENCING. (Corbett, P.) (Entered: 01/04/2005) |
| 02/04/2005 | 7 | MOTION for Ronald S. Apter to Withdraw as Attorney by USA as to Ronald Geraci. (Sunbury, B.) (Entered: 02/08/2005) |
| 02/04/2005 | 8 | ATTORNEY APPEARANCE Nora R. Dannehy appearing for USA (Sunbury, B.) (Entered: 02/08/2005) |
| 02/09/2005 | 10 | ORDER OF TRANSFER in case as to Ronald Geraci Judge Ellen Bree Burns recused. Case reassigned to Judge Peter C. Dorsey for all further proceedings . Signed by Judge Ellen Bree Burns on 2/9/05. (Jefferson, V.) (Entered: 02/10/2005) |
| 02/10/2005 | 9 | NOTICE OF ELECTRONIC ORDER granting 7 Motion of Ronald S. Apter to Withdraw as Attorney for the government as to Ronald Geraci (1). Signed by Judge Ellen Bree Burns on 2/10/05. THIS IS THE ONLY NOTICE COUNSEL WILL RECEIVE (Corbett, P.) (Entered: 02/10/2005) |
| 02/10/2005 | 11 | MOTION to Travel While Released on Personal Recognizance by Ronald Geraci. (Villano, P.) (Entered: 02/11/2005) |
| 02/11/2005 | 12 | ORDER granting 11 Motion to Travel While Released on Personal Recognizance as to Ronald Geraci (1). Signed by Judge Peter C. Dorsey on 2/11/05. (Villano, P.) (Entered: 02/11/2005) |
| 02/17/2005 | 13 | ATTORNEY APPEARANCE: James W. Bergenn appearing for Ronald Geraci (Villano, P.) (Entered: 02/18/2005) |
| 02/17/2005 | 14 | ATTORNEY APPEARANCE: Lori B. Izzo appearing for Ronald Geraci (Villano, P.) (Entered: 02/18/2005) |

| | | |
|---|---|---|
| 02/17/2005 | 15 | MOTION to Continue Sentencing by Ronald Geraci. (Villano, P.) (Entered: 02/18/2005) |
| 02/18/2005 | 16 | ORDER granting 15 Motion to Continue Sentencing as to Ronald Geraci (1)Sentencing is rescheduled to 4/12/05 @9:00 a.m.. Signed by Judge Peter C. Dorsey on 2/18/05. (Villano, P.) (Entered: 02/18/2005) |
| 02/18/2005 | 17 | NOTICE OF E-FILED AMENDED SENTENCING CALENDAR as to Ronald Geraci: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. Sentencing set for 4/12/2005 09:00 AM in Courtroom One, 141 Church St., New Haven, CT before Judge Peter C. Dorsey. (Villano, P.) (Entered: 02/18/2005) |
| 02/22/2005 | 18 | ATTORNEY APPEARANCE: Moira Lynn Buckley appearing for Ronald Geraci (Jefferson, V.) (Entered: 02/25/2005) |
| 03/30/2005 | 19 | ATTORNEY APPEARANCE Henry K. Kopel appearing for USA (Inferrera, L.) (Entered: 03/31/2005) |
| 03/31/2005 | 20 | MOTION for Final Order of Forfeiture of Property by USA as to Ronald Geraci. (Inferrera, L.) (Entered: 03/31/2005) |
| 04/04/2005 | 21 | FINAL ORDER OF FORFEITUREgranting 20 Motion for Forfeiture of Property as to Ronald Geraci (1). Signed by Judge Peter C. Dorsey on 4/4/05. (Jefferson, V.) (Entered: 04/04/2005) |
| 04/08/2005 | 23 | SEALED MOTION - Filed separately from case. by Ronald Geraci. (Jefferson, V.) (Entered: 04/13/2005) |
| 04/08/2005 | 24 | Sealed Document by Ronald Geraci - Filed separately from case file. (Attachments: # (1) Continuation of Main Document)(Jefferson, V.) (Entered: 04/13/2005) |

| | | |
|---|---|---|
| 04/11/2005 | 22 | SENTENCING MEMORANDUM by USA as to Ronald Geraci (Villano, P.) (Entered: 04/12/2005) |
| 04/12/2005 | 25 | Minute Entry for proceedings held before Judge Peter C. Dorsey :Sentencing as to Ronald Geraci held on 4/12/2005 (Court Reporter Sherman, ECRO.) (Jefferson, V.) (Entered: 04/15/2005) |
| 04/14/2005 | 26 | JUDGMENT as to Ronald Geraci (1), Count(s) 1-2, Committed to custody for a term of 12 months and one day for each Count. Sentence shall run concurrent with each other. Voluntarily surrender 9/2/05 before noon. Confined to his home until he surrenders to the Bureau of Prisons and shall be credited toward his confinement upon release to halfway house. Shall be on supervised release for a term of 1 year on Count 1, 1 year on Count 2 and 3 years on Count 3. Term of Supervised Release shall run concurrent with each other. Sentenced to community confinement (Halfway House) for a period of 6 months; Fined $25,000.00, without interest and to be paid by 9/2/05. Shall pay a money judgment forfeiture to the U.S in the amount of $150,000.00 which judgment defendant has paid in full prior to his sentencing. Special Assessment of $300.00 for counts 1,2,& 3 due immediately.; Count(s) 3, Committed to custody for a term of 12 months and one day for each Count. Sentence shall run concurrent with each other. Voluntarily surrender 9/2/05 before noon. Confined to his home until he surrenders to the Bureau of Prisons and shall be credited toward his confinement upon release to halfway house. Shall be on supervised release for a term of 1 year on Count 1, 1 year on Count 2 and 3 years on Count 3. Term of Supervised Release shall run concurrent with each other. Sentenced to community confinement (Halfway House) for a period of 6 months; Fined $25,000.00, without interest and to be paid by 9/2/05. Shall pay a money judgment forfeiture to the U.S in the amount of $150,000.00 which judgment defendant has paid in full prior to his |

| | | |
|---|---|---|
| | | sentencing. Special Assessment of $300.00 for counts 1,2,& 3 due immediately. . Signed by Judge Peter C. Dorsey on 4/14/05. (Jefferson, V.) (Entered: 04/15/2005) |
| 04/14/2005 | | (Court only) ***Case Terminated as to Ronald Geraci (Jefferson, V.) (Entered: 04/15/2005) |
| 04/18/2005 | 27 | ELECTRONIC ORDER as to Ronald Geraci granting re [23] SEALED MOTION - Filed separately from case. filed by Ronald Geraci, . Signed by Judge Peter C. Dorsey on 4/18/05. (Villano, P.) (Entered: 04/18/2005) |
| 05/05/2005 | | Special Assessment Payment by Ronald Geraci in the amount of $300.00. Receipt #H15859. Full payment. (Aiudi, R.) (Entered: 05/12/2005) |
| 05/05/2005 | | Fine Payment by Ronald Geraci in the amount of $25,000.00. Receipt #H15859. Full payment. (Aiudi, R.) (Entered: 05/12/2005) |
| 06/06/2005 | 28 | TRANSCRIPT of Proceedings (Sentencing Hearing) as to Ronald Geraci held on 4/17/05 before Judge Dorsey. Court Reporter: Bowles Reporting Service. (Jefferson, V.) (Entered: 06/07/2005) |
| 03/20/2006 | 29 | Probation form 12B Petition for Modification of Conditions of Probation with Consent of the Offender as to Ronald Geraci . Signed by Judge Peter C. Dorsey on 3/15/06. (Jefferson, V.) (Entered: 03/21/2006) |
| 06/16/2006 | 30 | MOTION to work & travel for work purposes by Ronald Geraci. (Pesta, J.) (Entered: 06/16/2006) |
| 06/19/2006 | 31 | ELECTRONIC ORDER granting 30 Motion For Permission to Work and to Travel for Work Purposes as to Ronald Geraci (1). Signed by Judge Peter C. Dorsey on 6/19/06. (Villano, P.) (Entered: 06/19/2006) |
| 06/19/2006 | 32 | ORDER as to Ronald Geraci re 30 MOTION to |

| | | |
|---|---|---|
| | | Travel filed by Ronald Geraci, . Signed by Judge Peter C. Dorsey on 6/19/06. (Villano, P.) (Entered: 06/19/2006) |
| 06/21/2006 | 33 | ATTORNEY APPEARANCE: Peter Joseph Murphy appearing for Ronald Geraci (Jefferson, V.) (Entered: 06/21/2006) |
| 06/30/2006 | 34 | MOTION to Modify Conditions of Supervised Release by Ronald Geraci. (Jefferson, V.) (Entered: 07/05/2006) |
| 07/06/2006 | 35 | ENDORSEMENT ORDER granting 34 Motion to Modify Conditions of Release as to Ronald Geraci (1). Signed by Judge Peter C. Dorsey on 7/6/06. (Moore, P.) (Entered: 07/13/2006) |
| 08/02/2006 | 36 | MOTION for Clarification re 35 Order on Motion to Modify Conditions of Release by Ronald Geraci. (Jefferson, V.) (Entered: 08/02/2006) |
| 08/04/2006 | 37 | ORDER granting 36 Motion for Clarification as to Ronald Geraci (1). Signed by Judge Peter C. Dorsey on 8/3/06. (Jefferson, V.) (Entered: 08/04/2006) |
| 09/01/2006 | 38 | MOTION for Standing Order concerning international travel by Ronald Geraci. (Moore, P.) (Entered: 09/05/2006) |
| 09/08/2006 | 39 | ELECTRONIC ORDER granting 38 Motion for Order Concerning International Travel as to Ronald Geraci (1). The defendant is granted permission to travel as needed for business, provided that he obtain permission from the probation office and provide the probation office with his itinerary. Signed by Judge Peter C. Dorsey on 9/8/06. (Miller, K.) (Entered: 09/08/2006) |
| 04/02/2007 | 40 | Probation Jurisdiction Transferred to District of Rhode Island as to Ronald Geraci Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (Jefferson, V.) (Entered: |

Case 1:07-cr-00040-ML-DLM Document 2-4 Filed 04/10/2007 Page 12 of 12

| | | |
|---|---|---|
| | | 04/03/2007) |

United States District Court
District of Connecticut
FILED AT NEW HAVEN
4/3/07
Kevin F. Rowe, Clerk
By V. [signature]
Deputy Clerk